IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:12-CR-969-RBH |
| | ) | |
| v. | ) | |
| | ) | |
| WEBSTER DOUGLAS WILLIAMS, III | ) | |

PRELIMINARY ORDER OF FORFEITURE AS TO
WEBSTER DOUGLAS WILLIAMS, III

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Webster Douglas Williams, III ("Williams", "Defendant"), based upon the following:

1. On December 18, 2012, a multi-count Indictment was filed charging Williams with producing child pornography, in violation of 18 U.S.C. § 2251; traveling in interstate commerce to engage in sexual acts with a minor, in violation of 18 U.S.C.§ 2423, and possession of child pornography, in violation of 18 U.S.C. § 2252.

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a notice of forfeiture providing that upon Williams' conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets include, but are not limited to the following:

1

    A.    <u>Computer Equipment:</u>

        a. Sony Handicam box for video camera HDR-CX160
           Asset ID: 12-FBI-007768

        b. Computer Tower (Cooler Marker) with 2 CD drives, 3 hard drives
          (Hitachi Desk Star hard drive s/n GEA530RE1HA0SE, Seagate hard
           drive s/n 9VS1H43W, Seagate hard drive s/n 9XW09W6A)
           Asset ID: 12-FBI-007768

        c. Black in color CD case (Jensen) with 44 CDs
           Asset ID: 12-FBI-007768

        d. Black in color CD case (Amediatote) with 196 CDs
           Asset ID: 12-FBI-007768

        e. Western Digital WD3000 Hard Drive s/n WCAMR2304617
           Asset ID: 12-FBI-007768

        f. 2 plastic spindles with CDs
           Asset ID: 12-FBI-007768

        g. 5 large CD spindles, 3 small spindles, 13 cases and CDs
           Asset ID: 12-FBI-007768

        h. 25 CDs
           Asset ID: 12-FBI-007768

3.    On February 19, 2013, a Bill of Particulars was filed with the court regarding property alleged in the Indictment filed December 18, 2012, as also being subject to forfeiture to the United States.  Such property includes real property described as follows:

    B.    <u>Real Property</u>[1]:

        4305 Fernwood Drive
        Myrtle Beach, SC 29579

---

[1] The Government has elected not to pursue forfeiture of the above-referenced real property.

        Tax Map: 163-17-03-018
        Titled in the Name of: Anola P. Williams
        Asset ID: 13-FBI-001882

4.    On June 16, 2014, Williams pled guilty to Counts 1, 3 and 4 of the Indictment, which charges producing child pornography, in violation of 18 U.S.C. § 2251; traveling in interstate commerce to engage in sexual acts with a minor, in violation of 18 U.S.C. § 2423, and possession of child pornography, in violation of 18 U.S.C. § 2252.

5.    Based upon Defendant's conviction, the court has determined that the computer equipment described above is subject to forfeiture, pursuant to 18 U.S.C. §§ 2253(a) and 2428.

6.    The court has determined that the government has established the requisite nexus between the said property subject to forfeiture and the offense for which Williams has been convicted; therefore, the United States is entitled to a preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

Accordingly, it is hereby **ORDERED,**

The following property is hereby forfeited to the United States of America, along with all right, title, and interest of the Defendant, Webster Douglas Williams, III, in and to such property:

1.
    Computer Equipment:

        a. Sony Handicam box for video camera HDR-CX160
           Asset ID: 12-FBI-007768

      b. Computer Tower (Cooler Marker) with 2 CD drives, 3 hard drives
(Hitachi Desk Star hard drive s/n GEA530RE1HA0SE, Seagate hard drive s/n 9VS1H43W, Seagate hard drive s/n 9XW09W6A)
Asset ID: 12-FBI-007768

      c. Black in color CD case (Jensen) with 44 CDs
Asset ID: 12-FBI-007768

      d. Black in color CD case (Amediatote) with 196 CDs
Asset ID: 12-FBI-007768

      e. Western Digital WD3000 Hard Drive s/n WCAMR2304617
Asset ID: 12-FBI-007768

      f. 2 plastic spindles with CDs
Asset ID: 12-FBI-007768

      g. 5 large CD spindles, 3 small spindles, 13 cases and CDs
Asset ID: 12-FBI-007768

      h. 25 CDs
Asset ID: 12-FBI-007768

2.    Upon entry of the criminal judgment, this order becomes final as to Williams, and shall be made a part of his sentence and included in the criminal judgment.

3.    The United States shall publish notice of this Order and its intent to dispose of the property in such manner as the Attorney General may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the said property.

4.    Upon entry of this Order, the United States Marshal's Service or their designee is authorized to seize the above-described forfeited property as directed by the United States Attorney's Office and to commence proceedings that comply with statutes governing third party rights.

5.  Any person, other than the named Defendant, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the subject property and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c).

6.  Any petition filed by a third party asserting an interest in the above-described property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner=s right, title, or interest in the subject property, the time and circumstances of the petitioner=s acquisition of the right, title or interest in such property, and additional facts supporting the petitioner=s claim and the relief sought.

7.  After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8.  The United States shall have clear title to the property following the court's determination of all third party interests, or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

9.  The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

10. The Clerk, U.S. District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

<u>s/R. Bryan Harwell</u>
R. BRYAN HARWELL
UNITED STATES DISTRICT JUDGE

August 29, 2014
Florence, South Carolina